# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

COREY A. McDOWELL BEY,

    Plaintiff,

-v-                                              Case No.  8:12-CV-1049-T-30TGW

MARC GILMAN, et al.,

    Defendants.

_____/

## **ORDER**

This matter is before the Court on Plaintiff's: 1) Motion for Time Extension (Dkt. 11) in which Plaintiff requests a 15 day extension of time to file an "Amended/Supplemented [sic] Complaint;"[1] and 2) construed motion for reconsideration (Dkt. 5).[2]

Plaintiff's Motion for Time Extension must be denied because this Court dismissed his civil rights complaint, and closed this case (see Dkt. 4).  Because there is no pending complaint, there is no complaint to amend or supplement.  *See United States v. Terrell*, 141 Fed. Appx. 849, 852 (11th Cir.2005) ("[T]here was no pending § 2255 motion in the district court when Mr. Terrell filed his motion and, hence, there was nothing to amend.").

---

[1] Plaintiff asserts that he needs an extension of time because he cannot send the Court his amended complaint since the prison does not provide indigent prisoners with envelopes for legal mail.  Plaintiff does not explain, however, how he obtained the envelope in which he mailed the present motion to the Court, or why he could not have mailed his amended complaint, instead of the motion, in the envelope.

[2] Plaintiff has failed to timely accept the Court's invitation to amend the construed motion for reconsideration (see Dkts. 6, 8, 10).

With respect to Plaintiff's construed motion for reconsideration, Plaintiff has not provided either newly discovered evidence, or any argument demonstrating that reconsideration of the order dismissing the complaint is necessary to correct a manifest error of law or fact.  See *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) ("'The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact.'") (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir.1999)).

**ACCORDINGLY**, the Court **ORDERS** that:

1. Plaintiff's Motion for Time Extension (Dkt. 11) is **DENIED**.

2. Plaintiff's construed Motion for Reconsideration (Dkt. 5) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*