## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

COREY A. McDOWELL BEY,

    Plaintiff,

-v-                                                        Case No.  8:12-CV-1049-T-30TGW

MARC GILMAN, et al.,

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court upon consideration of Plaintiff's Action for Reconsideration/Clarification (Dkt. 17) which the Court construes as a Rule 59(e), F.R.C.P., motion to alter or amend the Court's November 18, 2013 Order denying Plaintiff's motion for relief from judgment (see Dkt. 16).  Plaintiff has not provided either newly discovered evidence, or any argument demonstrating that reconsideration of the order dismissing the complaint is necessary to correct a manifest error of law or fact.  *See  Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) ("'The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact.'") (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir.1999)).

**ACCORDINGLY**, the Court **ORDERS** that Plaintiff's construed motion to alter or amend (Dkt. 17) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2013.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*